UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) IN PROCEEDINGS UNDER CHAPTER 13 |
| Julio Guzman | ) CASE NO. 15 20780 |
| DEBTOR(S) | ) May 28, 2015 |

### REQUEST FOR CONFIRMATION HEARING AND MOTION TO DISMISS

  Molly T. Whiton, Chapter 13 Standing Trustee herein, respectfully requests that a confirmation hearing be scheduled in the above-captioned case, and, in the event that the plan is not confirmable, moves for a dismissal of the case.

          /S/ Molly T. Whiton
          _____
          Molly T. Whiton, Chapter 13 Trustee
          Fed. ID. No. 02214
          10 Columbus Boulevard, 6th Floor
          Hartford, CT 06106
          Tele:(860) 278-9410 Fax:(860) 527-6185
          mtwhiton@mtwhiton.com

  This is to certify that a copy hereof was mailed, postage prepaid, on the above date, to the following:

**Debtor:**
Julio Guzman
83 Rolling Meadow
East Hartford, CT  06118

The following were served electronically:

**Debtor's Counsel:**
SUZANN L. BECKETT, ESQ.
suzannB@Beckett-Law.com

**U.S. Trustee**
USTPREGION02.NH.ECF@USDOJ.GOV


          /S/ Molly T. Whiton
          _____
          Molly T. Whiton, Chapter 13 Trustee
          Fed. ID. No. 02214
          10 Columbus Blvd., Hartford, CT 06106
          Tele:(860) 278-9410 Fax:(860)527-6185
          mtwhiton@mtwhiton.com


PLEASE SET FOR: 7/23/15