United States Bankruptcy Court
District of Connecticut

In re:   Case No. 15-20780-amn
Julio Guzman   Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-2  User: ldurrenbe  Page 1 of 2  Date Rcvd: Feb 24, 2016
                  Form ID: 112  Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2016.

```
db           +Julio Guzman,    83 Rolling Meadow,    East Hartford, CT 06118-1742
aty          +Jesse C. Clark,    543 Prospect Avenue,    Hartford, CT 06105-2922
8413578      +Automatic TLC Oil,    52 North Oakland Avenue,    East Hartford, CT 06108-4044
8413579      +Banfield Pet Hospital,    37 Portland Road,    Marlborough, CT 06447-1303
8413580       Bob's Discount Furniture,    Wells Fargo Fin. Nat'l Bank,    P.O. Box 660431,
               Dallas, TX 75266-0431
8413581     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    PO Box 85520,    Richmond, VA 23285)
8413576     ++CONNECTICUT DEPARTMENT OF REVENUE SERVICES,    C & E DIVISION BANKRUPTCY UNIT,
               25 SIGOURNEY STREET,    HARTFORD CT 06106-5003
             (address filed with court: Department of Revenue Services,    State of Connecticut,
               25 Sigourney Street,    Hartford, CT 06106)
8428588       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
8413582       Chex Systems,    ATTN: Customer Relations,    7085 Hudson Road,    Suite 100,
               Saint Paul, MN 55125
8413583      +Citation Collection Services,    P.O. Box 80239,    Indianapolis, IN 46280-0239
8413584       Comcast,    P.O. Box 1577,    Newark, NJ 07101-1577
8418020      +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
8413585       E-ZPass NY Service Center,    Volation Processing Unit,    P.O. Box 149005,
               Staten Island, NY 10314-9005
8413586      +Elmwood Park Boro Municipal Ct,    182 Market Street,    Elmwood Park, NJ 07407-1498
8413587      +Encore Receivable Mgmt. Inc.,    400 N. Rogers Rd.,    P.O. Box 3330,    Olathe, KS 66063-3330
8413588       Enterprise Rent-A-Car,    P.O. Box 801988,    Kansas City, MO 64180-1988
8413572      +Equifax,    PO Box 740256,    Atlanta, GA 30374-0256
8418797       Eversource DBA Connecticut Light and Power,    PO Box 2899,    Hartford CT 06101-8307
8413574       Experian,    PO Box 2002,    Allen, TX 75013-2002
8413592       Hartford Hospital,    P.O. Box 416193,    Boston, MA 02241-6193
8413593       Hartford Hospital Professional,    P.O. Box 415933,    Boston, MA 02241-5933
8413591      +Hartford Municipal E.F.C.U.,    c/o Grady & Riley, LLP,    86 Buckingham Street,
               Waterbury, CT 06710-1908
8413594      +Hartford Municipal ECU,    443 Franklin Avenue,    Hartford, CT 06114-2517
8413595      +Hartford Municipal EFCU,    443 Franklin Avenue,    Hartford, CT 06114-2517
8474313      +Hop Energy LLC,    dba Automatic TLC,    William G. Reveley & Assoc.,    PO Box 657,
               Vernon, CT 06066-0657
8413596      +Hunt Leibert Jacobson PC,    50 Weston Street,    Hartford, CT 06120-1504
8413597       Kason Credit Corporation,    90 Enfield Street,    P.O. Box 1189,    Enfield, CT 06083-1189
8420488      +M&T Bank,    c/o Linda St. Pierre, Esq.,    Hunt Leibert Jacobson, PC,    50 Weston Street,
               Hartford, CT 06120-1504
8413599      +Macy's,    9111 Duke Blvd,    Mason, OH 45040-8999
8456004      +Metropolitan District Commission,    555 Main Street,    Hartford, CT 06103-2926
8429346      +Midland Credit Management, Inc as agent for,    Midland Funding LLC,    PO Box 2011,
               Warren, MI 48090-2011
8413601     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
             (address filed with court: Nissan-Infiniti Lt,    2901 Kinwest Pkwy,    Irving, TX 75063)
8419134       Nissan - Infiniti LT,    POB 660366,    Dallas, TX 75266-0366
8413602      +Northeastern Credit Services,    P.O. Box 1200,    Vernon Rockville, CT 06066-1200
8413603       Office of Parking Management,    P.O. Box 230157,    Hartford, CT 06123-0157
8413604       Office of Professional Service,    80 Seymour Street,    Hartford, CT 06105
8413606       PlatePass LLC,    25274 Network Place,    Chicago, IL 60673-1252
8413608      +ThermoSpas Hot Tub Products,    10 Research Parkway,    Suite 300,    Wallingford, CT 06492-1963
8413609      +Thomas Dolan, D.D.S.,    1160 Silas Deane Highway,    Wethersfield, CT 06109-4330
8413610       Toll Bill Payment Process. Ctr,    P.O. Box 15183,    Albany, NY 12212-5183
8413611       Tolls by Mail,    Payment Processing Center,    P.O. Box 15183,    Albany, NY 12212-5183
8413573      +TransUnion,    PO Box 2000,    Chester, PA 19022-2000
8413612       Violations Processing Center,    P.O. Box 15186,    Albany, NY 12212-5186
8430088       Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
8413613      +William G. Reveley & Associate,    PO Box 657,    Vernon Rockville, CT 06066-0657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr           +E-mail/Text: raicn001@hartford.gov Feb 24 2016 18:33:48     City of Hartford,
               Corporation Counsel,    550 Main Street,    Hartford, CT 06103-2992
8459961      +E-mail/Text: g20956@att.com Feb 24 2016 18:33:42     AT&T Mobility II LLC,
               c/o AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
               Bedminster, NJ 07921-2693
8413577       E-mail/Text: g20956@att.com Feb 24 2016 18:33:42     At&T Mobility,    P.O. Box 537104,
               Atlanta, GA 30353-7104
8418545      +E-mail/Text: raicn001@hartford.gov Feb 24 2016 18:33:48     City of Hartford,
               c/o Cynthia Lauture, Esq.,    Office of the Corp. Counsel,    550 Main Street,
               Hartford, CT 06103-2913
8413589       E-mail/Text: bankruptcynotices@eversource.com Feb 24 2016 18:33:44     Eversource,
               P.O. Box 650032,    Dallas, TX 75265-0032
```

```
District/off: 0205-2          User: ldurrenbe            Page 2 of 2                   Date Rcvd: Feb 24, 2016
                              Form ID: 112               Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
8413590        E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2016 18:39:30      Gap Card,   Synchrony Bank,
                P.O. Box 530942,   Atlanta, GA 30353-0942
8413575        E-mail/Text: cio.bncmail@irs.gov Feb 24 2016 18:33:16      Internal Revenue Service,
                135 High Street, Stop 155,   Hartford, CT 06103
8413598        E-mail/Text: camanagement@mtb.com Feb 24 2016 18:33:22      M & T Bank,   1 Fountain Plz,
                Buffalo, NY 14203
8444492        E-mail/Text: camanagement@mtb.com Feb 24 2016 18:33:22      M&T Bank,   P.O Box 840,
                Buffalo, NY 14240-0840
8413600        E-mail/Text: VSWEEZY@THEMDC.COM Feb 24 2016 18:33:13      Metropolitan District,
                555 Main Street, PO Box 800,   Hartford, CT 06142-0800
8413605       +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2016 18:39:31      PC Richard & Sons,
                Synchrony Bank,   P.O. Box 960061,   Orlando, FL 32896-0061
8470083        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2016 18:39:31
                Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
8413607        E-mail/Text: bankruptcy@sw-credit.com Feb 24 2016 18:33:30      Southwest Credit Systems, LP,
                4120 International Parkway,   Suite 100,   Carrollton, TX 75007-1958
8471724        E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2016 18:39:32      Synchrony Bank,
                c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             M&T Bank
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2016 at the address(es) listed below:

```
              Cynthia  Lauture    on behalf of Creditor    City of Hartford cynthia.lauture@hartford.gov
              Linda  St. Pierre    on behalf of Creditor    M&T Bank bankruptcy@huntleibert.com,
               lstpierre@huntleibert.com
              Molly T. Whiton     mtwhiton@mtwhiton.com
              Suzann L. Beckett     on behalf of Debtor Julio  Guzman SuzannB@Beckett-Law.com,
               Carlao@Beckett-Law.com
              U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
                                                                                             TOTAL: 5
```

# United States Bankruptcy Court

## District of Connecticut

Filed & Entered
On Docket
February 24, 2016

In re:
Julio Guzman
Last four digits of Social−Security No or other Individual
Taxpayer−Identification No (ITIN): xxx−xx−4995
Debtor(s)

Case Number: 15−20780 amn
Chapter: 13

### NOTICE OF RESCHEDULED CONFIRMATION HEARING

PLEASE TAKE NOTICE that a Confirmation Hearing will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **March 31, 2016** at **11:00 AM** to consider and act upon the following matter(s):

**First Amended Chapter 13 Plan Before Confirmation Filed by Suzann L. Beckett on behalf of Julio Guzman Debtor, (Re: Doc #39)**

The hearing scheduled above may be continued or adjourned without further notice.

TO THE MOVANT: If you or your attorney do not participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: February 24, 2016

For the Court

Myrna Atwater
Acting Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − lad