UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

_____
In re:                                          :        Chapter 13
     Julio Guzman                          :
               *Debtor*            :        Case No. 15-20780 (AMN)
_____ :
Julio Guzman,                                :
               *Movant*           :
v.                                              :        Re: ECF Nos. 31, 32, 33, 44 and 45
Wells Fargo Bank, N.A.,                      :
Portfolio Recovery Associates, LLC,          :
Synchrony Bank, and                          :
Hartford Municipal E.F.C.U.,                 :
             *Respondents*      :
_____ :

<u>Order Denying Debtor's Objections to Claims as Moot</u>

These matters came before the Court for a hearing held on February 25, 2016, to consider Julio Guzman's (the "Debtor") Objection to Proof of Claim #7-1 filed by Wells Fargo Bank, N.A., ECF No. 31, Objection to Proof of Claim #11-1 filed by PRA Receivables Management on behalf of Portfolio Recovery Associates, LLC, ECF No. 32, Objection to Proof of Claim #12-1 filed by Recovery Management Systems Corp. on behalf of Synchrony Bank, ECF No. 33, Amended Objection to Proof of Claim #15-2 filed by Hartford Municipal E.F.C.U., ECF No. 44, Amended Objection to Proof of Claim #14-2 filed by Hartford Municipal E.F.C.U., ECF No. 45, (together, the "Objections to Claims") after which the Court took the matters under advisement.  At a subsequent hearing to consider confirmation of the Debtor's chapter 13 plan held on March 31, 2016, the chapter 13 trustee and Debtor's counsel represented to the Court that, due to a change in circumstance of the Debtor, the Debtor would be proposing an amended chapter 13 plan providing for a zero percent (0%) distribution to general unsecured

creditors.  *See also*, ECF No. 55.  Now, therefore, it appearing to the Court that the Debtor's changed circumstances render the Debtor's Objections to Claims moot, it is hereby

ORDERED, that ECF Nos. 31, 32, 33, 44 and 45 are DENIED WITHOUT PREJUDICE should the Debtor's circumstances change so that the Debtor is required to submit an amended chapter 13 plan providing for a distribution to general unsecured creditors.

Dated at Hartford, Connecticut on April 4, 2016.

Ann M. Nevins
United States Bankruptcy Judge
District of Connecticut