# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
April 19, 2016

In re:

Julio Guzman

Debtor*

Case Number: 15−20780 amn
Chapter: 13

### Order on Objection to Claim(s)

This matter having come before the Court after notice and a hearing on an Objection to a Claim of Capital One Bank (USA), N.A.
by American InfoSource LP as agent pursuant to Fed. R. Bankr. P. 3007, and the Court having considered the objection and any filed response, and it appearing that cause exists to sustain the objection, it is hereby

ORDERED, that the claim of Capital One Bank (USA), N.A.
by American InfoSource LP as agent , Claim No. 5 , in the amount of $3,333.78 shall be, and hereby is, Disallowed.

Dated: April 19, 2016

BY THE COURT

Ann M. Nevins
United States Bankruptcy Judge

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 123 − lad

*For the purposes of this order, "Debtor" means "Debtors" where applicable.