# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
April 19, 2016

In re:

Julio Guzman

Debtor*

Case Number: 15–20780 amn
Chapter: 13

### Order on Objection to Claim(s)

This matter having come before the Court after notice and a hearing on an Objection to a Claim of Midland Credit Management, Inc as agent for
Midland Funding LLC and Hop Energy LLC
dba Automatic TLC
William G. Reveley & Assoc pursuant to Fed. R. Bankr. P. 3007, and the Court having considered the objection and any filed response, and it appearing that cause exists to sustain the objection, it is hereby

ORDERED, that the claim of Midland Credit Management, Inc as agent for
Midland Funding LLC , Claim No. 6 , in the amount of $ 933.16 and 891.56 shall be, and hereby is, Disallowed.

It is further ORDERED, that the claim of Hop Energy LLC
dba Automatic TLC
William G. Reveley & Assoc , Claim No. 16 , in the amount of $ 891.56 shall be, and hereby is, Disallowed.

Dated: April 19, 2016

BY THE COURT

Ann M. Nevins
United States Bankruptcy Judge

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 123 – lad

*For the purposes of this order, "Debtor" means "Debtors" where applicable.