## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT : HARTFORD DIVISION

| | |
|---|---|
| In re<br><br>JULIO GUZMAN,<br><br>                                    Debtor. | Chapter: 13<br>Case No.: 15-20780<br><br>January 6, 2016 |
| JULIO GUZMAN,<br><br>                                    Movant,<br><br>-against-<br><br>DEPARTMENT STORES NATIONAL BANK,<br><br>                                    Respondent. | ECF No.: _____ |

### **OBJECTION TO CLAIM #1-1 BY DEPARTMENT STORES NATIONAL BANK**

Julio Guzman (the "Movant"), by and through counsel, Suzann L. Beckett, hereby objects to claim #1-1 filed on May 15, 2015 by Transworld Systems, Inc. on behalf of Department Stores National Bank in the amount of $548.59 on the grounds indicated below:

### STATEMENT OF FACTS

The Debtor filed a petition for relief on May 3, 2015 under Chapter 13 of the

cy Code.

Claimant Department Stores National Bank for Macys Branded Account (the

t") filed Claim # 1-1 on May 15, 2015 (the "Claim") through its agent Transworld

Inc. (the "Agent").

3. The Agent marked the box indicating that the claim includes "interest or other charges" in addition to the principal amount in Section 1 of Official Form 10. The Agent provided an itemized statement of interest, fees, and principals but this statement does not match the

*ECF No. 28 is overruled per hearing held on February 25, 2016*
*Dated in Hartford, Connecticut on April 19, 2016*

*Ann M. Nevins*
*United States Bankruptcy Judge*
*District of Connecticut*