# United States Bankruptcy Court

## District of Connecticut

Filed & Entered
On Docket
June 23, 2016

In re:

Julio Guzman

Debtor*

Case Number: 15–20780 amn
Chapter: 13

### Order Approving Compensation

Attorney Suzann L. Beckett (the "Movant") filed an Application for Compensation, ECF NO. 79. After notice and a hearing, upon statement of the Office of the U.S. Trustee and in the absence of any other objection; it is hereby

ORDERED, that the Debtor's Attorney's compensation in the amount of $6,960.00 , and reimbursement of expenses in the amount of $ 0.00 be allowed.

It is further ORDERED, that the Chapter 13 Trustee shall pay the fees from the debtor's estate.

Dated: June 23, 2016

BY THE COURT

Ann M. Nevins
United States Bankruptcy Judge
District of Connecticut

Ann M. Nevins
United States Bankruptcy Judge

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 143 – lad

*For the purposes of this order, "Debtor" means "Debtors" where applicable.