# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
June 23, 2016

In re:

   Julio Guzman

Debtor*

Case Number: 15–20780 amn
Chapter: 13

### Amended Order Approving Compensation

Attorney Suzann L. Beckett (the "Movant") filed an Application for Compensation, ECF NO. 79. After notice and a hearing, and in the absence of any other objection; it is hereby

ORDERED, that the Debtor's Attorney's compensation in the amount of $6,960.00 , and reimbursement of expenses in the amount of $ 0.00 be allowed.

It is further ORDERED, that the Chapter 13 Trustee shall pay the fees from the debtor's estate.

Dated: June 23, 2016

BY THE COURT

*Ann M. Nevins*
*United States Bankruptcy Judge*
*District of Connecticut*

Ann M. Nevins
United States Bankruptcy Judge

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 143 – lad

*For the purposes of this order, "Debtor" means "Debtors" where applicable.